NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN G. WILLIAMS,                    )
                                     )
           Appellant,                )
                                     )
v.                                   )       Case No. 2D17-4959
                                     )
STATE OF FLORIDA,                    )
                                     )
           Appellee.                 )
_____)

Opinion filed May 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Michael F. Andrews,
Judge.

PER CURIAM.

        Affirmed.  See Bolender v. State, 658 So. 2d 82 (Fla. 1995); Hughes v.

State, 22 So. 3d 132 (Fla. 2d DCA 2009); Steward v. State, 931 So. 2d 133 (Fla. 2d

DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Williams v. State,

249 So. 2d 743 (Fla. 2d DCA 1971).


NORTHCUTT, KELLY, and LUCAS, JJ., Concur.